**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00007-MR
(CRIMINAL CASE NO. 2:10-cr-00009-MR-DLH-1)**

| | | |
|---|---|---|
| **JAMES ERNEST LESPIER,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on Petitioner's Motion to Vacate,

Set Aside or Correct Sentence under 28 U.S.C. § 2255 [Doc. 1] and the Plea

Agreement executed by the parties [Doc. 138].

**IT IS, THEREFORE, ORDERED:**

(1)    The United States Marshal shall have Petitioner present in

Asheville, North Carolina, on or before September 26, 2016, for

proceeding in this matter;

(2)    The Clerk of Court shall calendar this matter for a Rule 11

hearing and resentencing on September 29, 2016, or as soon

thereafter as practical; and

(3)    The United States Probation Office shall provide a supplemental presentence report.

The Clerk is directed to provide notification and/or copies of this Order to counsel for the Government, counsel for the Petitioner, the United States Marshals Service, the Bureau of Prisons, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: July 26, 2016

Martin Reidinger
United States District Judge