**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL CASE NO. 1:15-cv-00007-MR**
**CRIMINAL CASE NO. 2:10-cr-00009-MR**

| | | |
|---|---|---|
| **JAMES ERNEST LESPIER,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

    **THIS MATTER** is before the Court on the Petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [Civil Case No. 1:15-cv-00007-MR ("CV"), Doc. 1].

    For the reasons stated in the Court's Memorandum of Decision and Order of June 17, 2016, and for the reasons stated in open court on December 13, 2016,

    **IT IS, THEREFORE, ORDERED** that the Petitioner's Motion under 28 U.S.C. § 2255 [CV Doc. 1] is **GRANTED**, and the Petitioner's previous conviction and sentence [Criminal Case No. 2:10-cr-00009-MR] are hereby **VACATED**.

**IT IS FURTHER ORDERED** that the Petitioner's guilty plea to the charge of second-degree murder is **ACCEPTED**, and the Petitioner is hereby **RESENTENCED** as set forth in the Amended Criminal Judgment entered contemporaneously herewith.

**IT IS SO ORDERED.**   Signed: January 30, 2017

Martin Reidinger
United States District Judge